IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TWENTY M CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05-cv-1406 |
| | ) | |
| v. | ) | FILED ELECTRONICALLY |
| | ) | |
| EXXONMOBIL CORPORATION, | ) | Filed on Behalf of: |
| MIDAS REALTY CORPORATION, | ) | Vishar, Inc., |
| and VISHAR, INC, | ) | Defendant |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER

AND NOW, this ___8th___ day of ___May___, 2006, it is hereby ORDERED that the Motion to Join Defendant's Lawrence Hirschl, Lauber Corporation, and Sharon Muffler Shop, Inc. is hereby GRANTED. The Complaint attached to the motion shall be filed and served.

J._____
U.S. District Court