**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TWENTY M CORP., )
)
      Plaintiff, )
) No. 05-cv-01406
    v. )
)
EXXON MOBIL CORPORATION, )
MIDAS REALTY CORPORATION, )
And VISHAR, INC., )
)
      Defendants. )

**ORDER OF COURT**

AND NOW, this _10th_ day of _Oct_, 2006, upon the foregoing

Stipulation of Dismissal filed by the parties, IT IS ORDERED, ADJUDGED AND

DECREED that this case is DISMISSED.

UNITED STATES DISTRICT JUDGE

3